United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, | No. C 09-02603 WHA |
| Plaintiff, | |
| v. | **ORDER RE REASSIGNMENT OF ACTION TO MAGISTRATE JUDGE** |
| DANIEL AND JENNIFER YU, as Trustees, | |
| Defendants. | |

Based on the parties' representations that they will consent to proceed before a Magistrate Judge, the case is referred back to the Clerk for reassignment to a Magistrate Judge.

**IT IS SO ORDERED.**

Dated: November 9, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE