1

William D. Thomson, #104968
Attorney at Law
1222 Stealth Street
Livermore, California  94551
Tel:  (925) 606-6725
Fax:  (925) 447-1078

Attorney for Defendant
Daniel and Jennifer Yu

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON,<br><br>                    Plaintiff,<br><br>v.<br><br>DANIEL AND JENNIFER YU,<br><br>                    Defendants. | Case No. C 09-02603 JL<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; ORDER** |

    Request is hereby made that William D. Thomson, counsel for Defendants Daniel and

Jennifer Yu, be allowed to appear by telephone at the Case Management Conference currently set for

January 20, 2010 at 10:30 a.m.

    Dated:  January 7, 2010

                                        _____
                                        William D. Thomson

~~IT IS SO ORDERED~~

    Dated: ___January 12___, 2010

                                        James Larson
                                        United States ...

DENIED

Judge James Larson