William D. Thomson, #104968
Attorney at Law
1222 Stealth Street
Livermore, California  94551
Tel:  (925) 606-6725
Fax:  (925) 447-1078

Attorney for Defendant
Daniel and Jennifer Yu

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, | Case No. C 09-02603 JL |
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; ORDER** |
| v. | |
| DANIEL AND JENNIFER YU, | |
| Defendants. | |

Request is hereby made that William D. Thomson, counsel for Defendants Daniel and Jennifer Yu, be allowed to appear by telephone at the Case Management Conference currently set for January 20, 2010 at 10:30 a.m.

Dated:  January 7, 2010

_____
William D. Thomson

~~IT IS SO ORDERED~~

Dated:  ___January 12___, 2010

James La...
Unit...

DENIED
Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Request for Telephonic Appearance at Case Management Conference; Order*