William D. Thomson, #104968
Attorney at Law
1222 Stealth Street
Livermore, California 94551
Tel: (925) 606-6725
Fax: (925) 447-1078

Attorney for Defendants
Daniel and Jennifer Yu

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON,<br><br>            Plaintiff,<br><br>v.<br><br>DANIEL AND JENNIFER YU,<br><br>            Defendants. | Case No. C 09-02603 JL<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY AGREED AND STIPULATED to by the parties through their respective counsel that due to mediation being scheduled on May 10, 2090, the case management conference currently scheduled on April 21, 2010 be continued to June 23, 2010, at 10:30 a.m.

Dated: April 7, 2010

By: _____
Thomas N. Stewart, III
Attorney for Plaintiff

Dated: April _____, 2010

By: _____
William D. Thomson
Attorney for Defendants

IT IS SO ORDERED.

April 8, 2010

_____
James Larson, Magistrate Judge